```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022

UNITED STATES OF AMERICA,

    -against-

GOHAR ILANGYOZYAN,

    Defendant.

20 Cr. 652 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing hearing for the above-named defendant is adjourned from April 4, 2022, to April 8, 2022, at 12:00 p.m. (EST). In light of the ongoing public health emergency, this hearing will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: March 10, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.